UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22 CR 120 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| DAVID L. HOLDCRAFT, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Carmen E. Henderson, regarding the change of plea hearing of David L Holdcraft, which was referred to the Magistrate Judge with the consent of the parties.

On March 17, 2022, the government filed a 3 count Indictment, charging Defendant Holdcraft, with Receipt and Distribution of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, Sexual Exploitation of Children, and Possession of Child Pornography, in violation of Title 18 U.S.C.§§ 2252(a)(2), 2251(a) and 2252A(a)(5)(B), respectively.  Defendant Holdcraft was arraigned on March 28, 2022, and entered a plea of not guilty to counts 1, 2, and 3 of the Indictment, before Magistrate Judge Henderson.  On May 19, 2022, Magistrate Judge Henderson, received Defendant Holdcraft's plea of guilty to counts 1 , 2 and 3 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant

Holdcraft is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant David L. Holdcraft is adjudged guilty to counts 1, 2 and 3 of the Indictment, in violation of Title 18 U.S.C. §§ 2252(a)(2), 2251(a), and 2252A(a)(5)(B). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on September 8, 2022, at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 9, 2022